### 75931. SALCEDO v. THE STATE.
(381 SE2d 444)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Salcedo v. State*, 258 Ga. 870 (376 SE2d 360) (1989), our decision in *Salcedo v. State*, 188 Ga. App. 3 (372 SE2d 238) (1988), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Carley, C. J., McMurray, P. J., Banke, P. J.,*

*Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED MARCH 10, 1989.

James E. Malone, Dennis C. O'Brien, for appellant.
Robert E. Wilson, District Attorney, Nelly F. Withers, Eleni Ann Pryles, Assistant District Attorneys, for appellee.